GILHOOL ET AL. *v.* CHAIRMAN, PHILADELPHIA
COUNTY BOARD OF ELECTIONS, ET AL.

No. 1069.  Decided March 2, 1970

*Paul Bender* for appellants.

*Levy Anderson* for Chairman, Philadelphia County
Board of Elections, et al., and *Edward R. Becker* and
*William Austin Meehan* for the Republican City Com-
mittee et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

KOZEROWITZ *v.* STACK ET AL.

No. 1087.  Decided March 2, 1970

*Shalle Stephen Fine* for appellant.

*Curtis B. Goff* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.  Treating the papers
whereon the appeal was taken as a petition for a writ
of certiorari, certiorari is denied.